UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF THE               : Hon. Douglas E. Arpert
APPLICATION OF THE UNITED          :
STATES FOR A SEARCH WARRANT        : Misc. No. 11- 2538 (DEA)
FOR THE PREMISES LOCATED AT        :
16 SECRETARIO WAY,                 : <u>SEALING ORDER</u>
HAMILTON, N.J.

This matter having been brought before the Court upon application of Paul J. Fishman, the United States Attorney for the District of New Jersey (Harvey Bartle, Assistant United States Attorney, appearing), for an order sealing the search warrant issued on this date and the applications and attached affidavits in support of that warrant, and for good cause shown,

IT IS on this 18th day of November, 2011,

ORDERED that the search warrant, the application in support of the search warrant, and all related documents, except for copies of the search warrant to be served at the time the search is executed, be and hereby are sealed until further Order of this Court.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge