UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR A SEARCH WARRANT FOR THE PREMISES LOCATED AT 16 SECRETARIO WAY, HAMILTON, N.J. | : : : : : | Hon. Douglas E. Arpert<br><br>Misc. No. 11-2538<br><br>FILED UNDER SEAL<br><br>ORDER |

This matter having been brought before the Court upon application of Paul J. Fishman, the United States Attorney for the District of New Jersey (Harvey Bartle, Assistant United States Attorney, appearing), for an order that the search warrant and search warrant application filed in the above-captioned matter be unsealed for the limited purpose of disclosure to the Office of the Special Narcotics Prosecutor, New York, New York for use in the matter of State v. Stan Xuhui Li, Case No. 5170N-2011 (N.Y. Sup. Ct.), and for good cause shown,

IT IS on this 17th day of January, 2012,

ORDERED that the search warrant and search warrant application are unsealed for the limited purpose of disclosure to the Office of the Special Narcotics Prosecutor, New York, New York for use in the matter of State v. Stan Xuhui Li, Case No. 5170N-2011 (N.Y. Sup. Ct.); and it is further

1

ORDERED that, except for the disclosure authorized by this Order, the search warrant, the application in support of the search warrant, and all related documents, be and hereby remain sealed until further Order of this Court.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge